FILED

10/23/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0127

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0127

_____

ROGER AND THERESE HUTCHINSON,

    Plaintiffs, Counter-defendants and Appellants,

    v.

OLD REPUBLIC NATIONAL TITLE
INSURANCE COMPANY and JOHN HOLT,

    Defendants, Counter-claimants and Appellees.

                    O R D E R

_____

    Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

    The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Molly Owen, District Judge.

                        For the Court,